IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEO MERAZ,** <br><br> Plaintiff, <br><br> v. <br><br> **STEVEN REPPOND, et al.,** <br><br> Defendants. | Case No. C 08-4540 MHP (PR) <br><br> **ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF LEO MERAZ, CDCR #J-04563** |

    Plaintiff Leo Meraz, CDCR #J-04563, is a necessary and material witness to the settlement conference scheduled to take place before the Honorable Nandor Vadas on August 11, 2010 at 9:00 a.m. at California State Prison, Solano. Meraz is currently confined at California State Prison, Sacramento, in Represa, California, in the custody of the Warden. In order to secure Meraz's attendance at this settlement conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding Meraz's custodian to produce him at California State Prison, Solano, located at 2100 Peabody Road, in Vacaville, California.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden of California State Prison, Sacramento and the California Department of Corrections and Rehabilitation to produce inmate Leo Meraz, CDCR #J-04563, on August 10,

1  2010, for a settlement conference at California State Prison, Solano to be held on August 11,
2  2010, until the completion of this proceeding or as ordered by the Court, and thereafter to return
3  Meraz to California State Prison, Sacramento.

4      2.    The custodian is further ordered to notify the Court of any change in the custody of
5  Meraz and is ordered to provide the new custodian with a copy of this writ.

6      **3.**    **Defense counsel is responsible for transmitting this order and writ to the**
7  **appropriate individual(s) at the institution where Meraz is incarcerated and for advising the**
8  **Court, no later than two weeks prior to the settlement conference, if security, medical or**
9  **other concerns might hinder CDCR's ability to transfer Meraz to CSP-Solano for the**
10 **settlement conference.**

11                 WRIT OF HABEAS CORPUS AD TESTIFICANDUM

12     To:    The Warden of California State Prison, Sacramento,

13     YOU ARE COMMANDED to produce inmate Leo Meraz, CDCR #J-04563, on August 10,
14 2010, for a settlement conference at California State Prison, Solano before the Honorable Nandor
15 Vadas to be held on August 11, 2010, until completion of this proceeding or as ordered by the
16 Court, and thereafter to return Meraz to California State Prison, Sacramento.

17     FURTHER, you have been ordered to notify the Court of any change in the custody of
18 Meraz and to provide the new custodian with a copy of this writ.

19     **FURTHER, should there be security, medical or other concerns that might hinder**
20 **CDCR's ability to transport Meraz as indicated herein, you are hereby ordered to bring**
21 **those issues to the attention of defense counsel no later than two weeks prior to the date of**
22 **the settlement conference**.

23     IT IS SO ORDERED.

25 Dated:  July 15, 2010

                                        IT IS SO ORDERED
                                        Judge Nandor J. Vadas