EDMUND G. BROWN JR.
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CHARLES J. ANTONEN
Deputy Attorney General
State Bar No. 221207
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5443
  Fax:  (415) 703-5843
  E-mail:  Charles.Antonen@doj.ca.gov
*Attorneys for Defendants*
*Navarro, Risenhoover, Speaker, and Thom*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEO MERAZ,<br><br>                Plaintiff,<br><br>v.<br><br>STEVEN REPPOND, et al.,<br><br>                Defendants. | Case No. C 08-4540 MHP (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANTS REPPOND, NAVARRO, RISENHOOVER, SPEAKER, AND THOM** |

THE PARTIES HEREBY VOLUNTARILY STIPULATE to the dismissal with prejudice of Defendants Reppond, Navarro, Risenhoover, Speaker, and Thom from the above-captioned action under Federal Rule of Civil Procedure Rule 41(a), with each party to bear his own attorneys' fees and costs.

Dated: August 11, 2010

                                                    /s/ Leo Meraz
                                                   LEO MERAZ
                                                   Plaintiff

1
2   Dated: August 11th, 2010          _____
                                      CHARLES J. ANTONEN
3                                     Attorney for Defendants Navarro, Risenhoover,
                                      Speaker, and Thom
4
5
6   Dated: August 11, 2010            _____
                                      MATTHEW ROMAN
7                                     Attorney for Defendant Reppond
8
9
10  IT IS SO ORDERED
11
12  Dated: 8/23/2010                  _____
                                      IT IS SO ORDERED
13                                    Judge Marilyn H. Patel
    SF2009202493
14  20323289.doc

                                        2

# CERTIFICATE OF SERVICE

Case Name:  <u>**Meraz v. Reppond, et al.**</u>       No.  <u>**C 08-4540 MHP (PR)**</u>

I hereby certify that on <u>**August 16, 2010**</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANTS REPPOND, NAVARRO, RISENHOOVER, SPEAKER, AND THOM**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On **August 16, 2010**, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Leo Meraz, J-04563**
**California State Prison - Sacramento**
**P. O. Box 290066**
**Represa, CA 95671**
Pro Se

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 16, 2010**, at San Francisco, California.

<u>          L. Tra          </u>                    <u>          /s/          </u>
            Declarant                                    Signature

SF2009202493
20327801.doc