UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO MERAZ,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN REPPOND; et al.,<br><br>    Defendants.<br>_____/ | No. C 08-4540 MHP (pr)<br><br>**ORDER OF DISMISSAL** |

Leo Meraz, an inmate currently at the California State Prison - Sacramento, filed this pro se civil rights action under 42 U.S.C. § 1983 concerning conditions he experienced while incarcerated at Pelican Bay State Prison. The court ordered service of process on five defendants and stated "[a]ll other defendants and claims are dismissed." Order of Service, p. 5. The claim against defendant Carson was described at page 2:1-4, and rejected at page 3:17-20 of the Order Of Service. Notwithstanding her dismissal, the docket sheet was not updated at the time to reflect Carson's dismissal and now will be updated by the clerk.

The five served defendants recently reached a stipulation with plaintiff for a voluntary dismissal with prejudice. There are no other defendants against whom any claims are pending. Accordingly, this action is dismissed. The clerk shall close the file.

IT IS SO ORDERED.

Dated: September  1 , 2010

                                                         Marilyn Hall Patel<br>                                                         United States District Judge